UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLIFFORD P. TURNER,

    Plaintiff,

v.                                              Case No.  8:22-cv-546-WFJ-AEP

US MARSHALS OFFICE,

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court on Plaintiff Clifford P. Turner's motion (Doc. 1) and amended motion (Doc. 4) to proceed in forma pauperis. Plaintiff, a Texas prisoner proceeding *pro se*, explains that motions relate to litigation under 42 U.S.C. § 1983 and 28 U.S.C. 2241, respectively.  However, Petitioner did not file a complaint or petition.

Rule 3 of the Federal Rules of Civil Procedure provides that "[a] civil action is commenced by filing a complaint with the court."  Because no pleading (*e.g.*, civil rights complaint or habeas petition) has been filed, it is **ORDERED** that:

1. This case is **DISMISSED without prejudice**.

2. The Clerk must:

    a. Mail to Plaintiff a Section 2241 habeas form, a prisoner civil rights complaint form, and a prisoner affidavit of indigency;

    b. Terminate any pending motions;

  c. Enter judgment accordingly; and

  d. **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on March 30, 2022.

_____
*[signature]*
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE